UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

————

No. 4:25-cv-00565

————

**Heather Wing,**
*Plaintiff,*

v.

**TransUnion LLC,**
*Defendant.*

————

**ORDER**

Plaintiff sued defendant for allegedly violating the Fair Credit Reporting Act. Doc. 1 at 1. The case was referred to a magistrate judge. Doc. 4. Before discovery commenced, plaintiff moved for partial summary judgment on four claims, two of which she pleaded in her complaint and two of which she did not. Docs. 11, 29 at 1–2. Defendant responded by filing a motion under Federal Rule of Civil Procedure 56(d) urging denial of plaintiff's motion as premature and asking for fees and costs. Doc. 13. Plaintiff failed to file a response.

The magistrate judge subsequently issued a report recommending that plaintiff's motion be denied without prejudice, that defendant's motion be granted insofar as it seeks denial of plaintiff's motion as premature, and that defendant's request for fees and costs be denied. Doc. 29 at 6. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's motion for partial summary judgment (Doc. 11) is denied without prejudice as to its refiling once adequate time for discovery has passed. *See Barney Holland Oil Co. v. FleetCor Techs., Inc.*, 275 F. App'x 351, 354 (5th

Cir. 2008) (per curiam) (unpublished) ("Generally, summary judgment may be granted only after an 'adequate time for discovery.'" (quoting *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986))). Defendant's motion (Doc. 13) is granted to the extent that it seeks denial of plaintiff's motion as premature, but denied as to its request for fees and costs.

*So ordered by the court on January 23, 2026.*

J. CAMPBELL BARKER
United States District Judge